**United States District Court**
**District of Massachusetts**

|                                      |   |                  |
|--------------------------------------|---|------------------|
| HERNAN MATAMOROS, SHARON SAM         | ) |                  |
| CHAN, KATE PETERSEN, and SHAUN       | ) |                  |
| HENNESSEY on behalf of               | ) |                  |
| themselves and all others           | ) | Civil Action No. |
| similarly situated,                  | ) | 08-10772-NMG     |
|     Plaintiffs,  | ) |                  |
|                                      | ) |                  |
|     v.           | ) |                  |
|                                      | ) |                  |
| STARBUCKS CORPORATION,               | ) |                  |
|     Defendant.   | ) |                  |
|                                      | ) |                  |

### JUDGMENT

In accordance with prior orders of this Court and the joint stipulation of the parties (Docket No. 128), entered January 16, 2012, the Court enters judgment as follows:

1. Plaintiffs are awarded damages from defendant Starbucks Corporation in the amount of $4,186,729 for the period March 25, 2005, through July 11, 2008, and $3,313,271 for the period July 12, 2008, through March 18, 2011. The portion of those damages attributable to the period after July 11, 2008, shall be trebled, pursuant to M.G.L. ch. 149, § 150 and orders of this Court with respect to parties' motions for summary judgment.

2. Pursuant to M.G.L. ch. 149, § 152A(f), plaintiffs are awarded prejudgment interest at a rate of 12 percent per annum through the date of this judgment.

So ordered.

*Nathaniel M. Gorton*

Nathaniel M. Gorton
United States District Judge

Dated January *31* , 2012